IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 4:07CR3114 |
| v. ) | |
| ) | |
| KEVIN EDWARD MCDONALD, ) | |
| ) | ORDER |
| Defendant. ) | |
| ) | |

The court having been advised that the defendant is now at a halfway house and that a status conference is not needed,

IT IS ORDERED:

The status conference that was set for September 19, 2007 at 2:00 p.m. is cancelled.

DATED this 14th day of September, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge